UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CANAL INSURANCE COMPANY,           )<br>                                                              )<br>         Plaintiff,                                 )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>W.M. JR. TRUCKING COMPANY and )<br>HUBER ENGINEERED WOODS, LLC, )<br>                                                              )<br>         Defendants,                            )<br>                                                              )<br>and JEFFREY and JOSEPH NICHOLS, )<br>Personal Representatives of the Estate of )<br>JOSEPH SYLVESTER NICHOLS, of   )<br>Fort Fairfield, County of Aroostook,     )<br>State of Maine,                                    )<br>                                                              )<br>         Parties-In-Interest.                 ) | Civil Action No. 1:08-cv-76 |

## STIPULATION OF DISMISSAL

NOW COME all parties and stipulate and agree that all claims, cross-claims, counterclaims, or other claims of whatsoever kind or nature by and between the parties are dismissed with prejudice and without costs.

DATED:  February 2, 2012                         */s/ Hillary J. Bouchard*
                                                                          James M. Bowie, Esq.
                                                                          Hillary J. Bouchard, Esq.
                                                                           Attorneys for Plaintiff Canal
                                                                           Insurance Company

                                                                           Thompson & Bowie, LLP
                                                                           Three Canal Plaza
                                                                           P.O. Box 4630
                                                                           Portland, ME  04112-4630
                                                                           (207)774-2500)

DATED: February 2, 2012 /s/ Neal F. Pratt
Neal F. Pratt, Esq.
Attorney for Defendant Huber
Engineered Woods, LLC

Preti Flaherty
One City Center
P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2012, I served the foregoing pleading, by filing with the Court's ECF system, causing a copy of the same to be electronically mailed to:

Neal F. Pratt, Esq.
Preti Flaherty
One City Center
P.O. Box 9546
Portland, ME  04112-9546


Dated at Portland, Maine, this 2nd day of February, 2012.


                                                  */s/ Hillary J. Bouchard*
                                                  James M. Bowie, Esq.
                                                  Hillary J. Bouchard, Esq.
                                                  Attorneys for Plaintiff Canal Insurance

**THOMPSON & BOWIE, LLP**
Three Canal Plaza
P. O. Box 4630
Portland, ME  04112
(207) 774-2500